BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **IN RE: HP PRINTER CARTRIDGE AUTHENTICATION FIRMWARE LITIGATION** | MDL _____ |

## SCHEDULE OF ACTIONS

| Caption | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:** Richard San Miguel and Delores Lawty  **Defendant:** HP Inc. | Northern District of California | 5:16-cv-05820 | Judge Lucy H. Koh |
| **Plaintiff:** Dan Bayse  **Defendant:** HP Inc. | Northern District of Alabama | 2:16-cv-01583 | Magistrate Judge John E. Ott |
| **Plaintiff:** Robert Doty  **Defendants:** HP Inc., and Does 1-10 | Central District of California | 5:16-cv-02063 | Judge George H. King |
| **Plaintiff:** Christopher Ware  **Defendant:** HP Inc. | Northern District of California | 5:16-cv-06519 | Magistrate Judge Nathanael M. Cousins |